**Affidavit in Support of Criminal Complaint**
**For Esteban PEREZ-CRISOSTOMO**

Your Affiant, Special Agent Erin Huffines, Homeland Security Investigations (HSI), being duly sworn, deposes and says:

1. I am a Special Agent employed by HSI currently assigned to the office in Louisville, Kentucky. I have been employed as an HSI Special Agent since 2007.

2. I am a law enforcement officer of the United States within the meaning of Section 115(c)(1) of Title 18, United States Code, and empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 8, United States Code 1326.

3. This affidavit is based upon my personal knowledge and upon information reported to me by federal and local law enforcement officers and others with knowledge of the case. Unless specifically indicated otherwise, all conversations and statements described in the affidavit are related in substance and in part only.

4. On March 13, 2025, I was informed by Immigration and Customs Enforcement (ICE) officers that they encountered and administratively arrested Esteban PEREZ-CRISTOSTOMO in Jefferson County, Kentucky.

5. I reviewed Department of Homeland Security (DHS) immigration databases, which confirmed PEREZ-CRISTOSTOMO was a Guatemalan citizen previously removed from the United States. PEREZ-CRISTOSTOMO was assigned alien registration number 028 650 537 in 2009, and his biometric data was a positive match for the following immigration history:

On August 22, 2009, PEREZ-CRISTOSTOMO was encountered in the Coffee County Jail in Manchester, Tennessee, after he was arrested by the Tullahoma Police Department for Domestic Violence.

After being convicted of domestic violence and serving his jail sentence, PEREZ-CRISTOSTOMO was turned over into ICE custody on October 16, 2009.

On October 16, 2009, ICE issued PEREZ-CRISTOSTOMO a Notice to Appear in Removal Proceedings and PEREZ-CRISTOSTOMO was detained without bond.

On or about December 2, 2009, PEREZ-CRISTOSTOMO was ordered removed to Guatemala by the immigration court in Oakdale, Louisiana.

On or about January 21, 2010, ICE removed PEREZ-CRISTOSTOMO to Guatemala.

6. DHS databases checks confirm PEREZ-CRISTOSTOMO was a positive match for the following criminal history:

> On June 30, 2005, PEREZ-CRISTOSTOMO was convicted in Jefferson County, Kentucky District Court of Operating a Motor Vehicle Under the Influence of Alcohol - 1st Offense, a misdemeanor offense in violation of Kentucky Revised Statue (KRS) 189A.010(5)(A), for which he was fined.
>
> On July 11, 2005, PEREZ-CRISTOSTOMO was convicted in Jefferson County, Kentucky District Court of Alcohol Intoxication in a Public Place - 1st and 2nd Offense, a misdemeanor offense in violation of KRS 222.202(1), for which he was fined.
>
> On or around December 18, 2007, PEREZ-CRISTOSTOMO was convicted in the Coffee County, Tennessee District Court of Domestic Violence, a misdemeanor offense in violation of Tennessee Code Annotated (TCA) 39-13-111, for which he was sentenced to six months (Suspended / Probated).
>
> On or around September 17, 2009, PEREZ-CRISTOSTOMO was convicted in the Coffee County, Tennessee District Court of Domestic Violence, a misdemeanor offense in violation of TCA 39-13-111, for which he was sentenced to 30 days imprisonment.

7. A review of electronic immigration records show PEREZ-CRISTOSTOMO has not received permission from the Attorney General of the United States or the Secretary of Homeland Security to re-enter the United States following his previous removals and he is currently present in the United States without admission or parole after being previously removed.

9. Based on the above information, your affiant believes that PEREZ-CRISTOSTOMO is an alien who has been found in the United States in Jefferson County in the Western District of KY, in violation of Title 8 of the United States Code, Sec. 1326(a) to wit: unlawful re-entry of an alien previously removed or deported from the United States.

/S/ Erin Huffines
_____
Erin Huffines
Special Agent
Homeland Security Investigations
Louisville, Kentucky

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephonic and email submission on this the 13th day of March 2025.

_____
REGINA S. EDWARDS
United States Magistrate Judge